# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JOSEPH BRODY,**<br>**PAUL EWALD LOVLEY,**<br>**THOMAS CAREY,**<br>**GABRIEL CHASE, and**<br>**JON LIZAK**<br><br>**Defendants.** | Case: 1:22–mj–00203<br>Assigned To : Judge Harvey, G. Michael<br>Assign. Date : 9/12/2022<br>Description: Complaint w/ Arrest Warrant<br><br>VIOLATIONS:<br><br>18 U.S.C. § 231(a)(3)<br>(Civil Disorder)<br>18 U.S.C. § 111(a)(1)<br>(Assaulting, Resisting, or Impeding<br>Certain Officers)<br>18 U.S.C. § 1512(c)(2)<br>(Obstruction of an Official Proceeding)<br>18 U.S.C. § 1752(a)(1)<br>(Entering and Remaining in a Restricted<br>Building or Grounds)<br>18 U.S.C. § 1752(a)(2)<br>(Disorderly and Disruptive Conduct in a<br>Restricted Building or Grounds)<br>40 U.S.C. § 5104(e)(2)(D)<br>(Disorderly Conduct in<br>a Capitol Building)<br>40 U.S.C. § 5104(e)(2)(G)<br>(Parading, Demonstrating, or Picketing<br>in a Capitol Building) |

**ORDER**

This matter having come before the Court pursuant to the application of the United States to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1. IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that

the affidavit in support of criminal complaint and other related materials, the instant application to seal, and this Order are sealed until the Arrest Warrants are executed.

    2.    IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the Arrest Warrants until they are executed.

Date: September 12, 2022

                                                                                          HONORABLE G. MICHAEL HARVEY
                                                                                          UNITED STATES MAGISTRATE JUDGE