AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:22–mj–00203 |
| | ) Assigned To : Judge Harvey, G. Michael |
| Thomas Carey | ) Assign. Date : 9/12/2022 |
| | ) Description: Complaint w/ Arrest Warrant |
| | ) |
| | ) |
| Defendant | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Thomas Carey

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date:      09/12/2022

G. Michael Harvey   Digitally signed by G. Michael Harvey
Date: 2022.09.12 16:41:30 -04'00'

*Issuing officer's signature*

City and state:           Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  9/12/2022 , and the person was arrested on *(date)*  9/15/2022 at *(city and state)*  Pittsburgh, PA . |
| Date:  9/15/2022                                  *Arresting officer's signature* |
| Matthew Dunleavy, Special Agent  *Printed name and title* |