IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | No. 22-mj-00203-GMH |
| | : | |
| **THOMAS CAREY,** | : | |
| Defendant. | : | |

**NOTICE OF APPEARANCE**

COMES NOW, Allen H. Orenberg and, pursuant to the Criminal Justice Act, hereby enters his appearance, *nunc pro tunc,* to September 20, 2022, on behalf of the Defendant, Thoms Carey, in the above-captioned criminal cause.

              Respectfully Submitted,

              _____
              Allen H. Orenberg, # 395519
              The Orenberg Law Firm, P.C.
              12505 Park Potomac Avenue, 6th Floor
              Potomac, Maryland 20854
              Tel. No. 301-984-8005
              Cell Phone No. 301-807-3847
              Fax No. 301-984-8008
              aorenberg@orenberglaw.com

Dated: September 23, 2022