IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | No. 22-mj-00203-GMH |
| | : | |
| **THOMAS CAREY,** | : | |
|     **Defendant.** | : | |

### NOTICE OF THE FILING DISCOVERY REQUEST LETTER BY DEFENDANT THOMAS CAREY

    COMES NOW, Allen H. Orenberg, counsel for the defendant, to respectfully file this Notice of the Filing Discovery Request Letter By Defendant Thomas Carey.

    Said Discovery Request letter is attached as an Exhibit to this Notice.

    Respectfully Submitted,

    _____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. 301-984-8005
Cell Phone No. 301-807-3847
Fax No. 301-984-8008
aorenberg@orenberglaw.com

Dated: September 23, 2022