# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 1:22-cr-00304-GMH |
| | : | |
| v. | : | |
| | : | |
| **THOMAS CAREY,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

# ORDER

Based upon the representations in the Parties' Joint Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, the Court makes the following findings:

In this case, an ends-of-justice continuance is warranted under 18 U.S.C. § 3161(h)(7)(A) based on the considerations described in 18 U.S.C. § 3161(h)(7)(B)(i), (ii), and (iv). Due to the interest by the parties in producing and reviewing discovery, defendant's ongoing investigation, and the ongoing discussion regarding a potential resolution of this matter, the failure to grant such a continuance in this proceeding would be likely result in a miscarriage of justice. Accordingly, the ends of justice served by granting a request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Therefore, it is this _____ day of November, 2022,

**ORDERED** that the Parties' Joint Motion to Continue and to Exclude Time Under the Speedy Trial Act, is hereby GRANTED; it is further

**ORDERED** that the currently scheduled status hearing on November 17, 2022, be continued for good cause to _____, 2023, at _____; and it is further

**ORDERED** that the time period from the date of this Order through and including the date of the next hearing is hereby excluded from calculation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and the computation of time within which indictment/information or trial must commence.

_____

THE HONORABLE G. MICHAEL HARVEY
UNITED STATES DISTRICT JUDGE