IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | :   No. 22-mj-00203-GMH |
| | : |
| THOMAS CAREY, | : |
|     Defendant. | |

## ORDER

Upon consideration of the Defendant's Motion for the entry of an Order granting authorization for international travel and for the temporary release of his U.S. passport, opposition thereto, and for good cause shown, is this _____ day of November/December, 2022, hereby, ORDERED, the Motion is granted.

Defendant, Thomas Carry is authorized to travel internationally for the period of time commencing on December 28, 2022, returning to the United States on January 16, 2023. While abroad, he must contact the U.S. Pre-Trial Services agency on a weekly basis. He shall contact his supervising U.S. Pre-Trial Services within fifty-eight (48) hours of his return to the United States.

The defendant, Thomas Carey may seek the release of his U.S. Passport from the U.S. District Court for the Western District of Pennsylvania. Furthermore, the defendant will surrender his U.S. passport to the U.S. District Court Clerk's Office for the Western District of Pennsylvania, or to this Court if so directed, within seventy-two (72) hours of his return to the United States.

All other conditions of release remain in full force and effect.

1

SO ORDERED this _____ day of November/December, 2022.

_____
Judge, U.S. District Judge
For the District of Columbia

Copies To:

1. All case registered parties
2. U.S. Pre-Trial Services Agency