IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | No. 22-cr-00375-CKK |
| | : | |
| **THOMAS CAREY,** | : | |
| **Defendant.** | : | |

### NOTICE OF THE FILING OF STATEMENT
### BY DEFENDANT THOMAS CAREY

COMES NOW, Allen H. Orenberg, counsel for the defendant, to respectfully file this Notice of the Filing of a Statement (re Speedy Trial Act Waiver) By Defendant Thomas Carey.

Said Statement by Defendant Thomas Carey is attached as an Exhibit to this Notice.

                Respectfully Submitted,

                _____
                Allen H. Orenberg, # 395519
                The Orenberg Law Firm, P.C.
                12505 Park Potomac Avenue, 6th Floor
                Potomac, Maryland 20854
                Tel. No. 301-984-8005
                Cell Phone No. 301-807-3847
                Fax No. 301-984-8008
                aorenberg@orenberglaw.com

Dated: December 6, 2022