## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **No. 22-cr-00375-CKK** |
| | : | |
| **THOMAS CAREY,** | : | |
| **Defendant.** | : | |

## STATEMENT OF THOMAS CAREY

I, Thomas Carey, the defendant in case no. 22-cr-00375-CKK, hereby confirm my consent to the tolling ("waiver") of time under the Speedy Trial Act, (18 U.S.C. § 3161) for the period of time commencing on December 8, 2022, through December 22, 2022.

I have discussed the Speedy Trial Act with my attorney, Allen H. Orenberg, and I understand my rights afforded under the Speedy Trial Act.


12/6/2022
_____                          *Thomas Carey*
Dated:                                   _____
                                         Thomas Carey