CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

CRIMINAL CASE NO. 22-375 (CKK)

THOMAS CAREY

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____*Thomas Carey*_____
Defendant

**Allen H. Orenberg**  Digitally signed by Allen H. Orenberg
Date: 2022.11.14 16:02:30 -05'00'
Counsel for defendant

I consent:

_____
Assistant United States Attorney

Approved:

_____
COLLEEN KOLLAR-KOTELLY, U.S. District Court Judge

Date: Dec 22, 2022