Michael Carey
121 Tsuhdatsi Way
Loudon, TN  37774
(917) 597-6975 | mike@mikecarey.us

---

April 3, 2023

Honorable Colleen Kollar-Kotelly
United States District Judge
United States Courthouse
300 Constitution Avenue, N. W.
Washington, D.C. 20001

Dear Honorable Colleen Kollar-Kotelly:

I am the father of Thomas Carey and Chief Technology Officer for LinearAir.com.  I am writing this letter to express my support for my son and to share with you some insights into his character that I believe make him an exceptional individual.

Thomas is an extremely intelligent and well-rounded person.  Although he has chosen Computer Science as a professional discipline, he is very knowledgeable regarding other subjects.  He grew up as a quiet, yet social and engaging young boy who was a big fan of literature.  His quest for knowledge didn't stop with the books.  He would always welcome a good conversation with an adult, politely "picking brains" along the way.

With his intelligence and social skills, Thomas has provided much in return to his community.  He has performed as Jesus Christ in a play for his church in Cold Spring harbor, NY.  He has volunteered his time for his mother's not-for-profit business helping young students develop the skills needed in today's workforce.  He has worked for his father's technology company.  He was chosen as one of a very few number of high school students to complete an internship at the Cold Spring Harbor labs.  As a National Merit Scholarship finalist, he led his high school's Robotics team.  He was a volunteer firefighter for the Cold Spring Harbor Fire Department.  For example, here is a video: https://www.youtube.com/watch?v=i_i3rH1rIgA (Thomas can be seen pulling the hose 14 seconds into this video).

Today, Thomas is finishing his final undergraduate semester at The Carnegie Mellon School of Computer Science.  Although his academic workload is relatively light, Thomas has chosen to spend the balance of his time leading a 20-person game design club as well as work for a new startup – Hourly.com.

I have no doubt that Thomas will continue to make a positive impact on the lives of others, and I consider myself very fortunate to have him as my son.  Thank you for your time and consideration, and please do not hesitate to contact me if you have any questions.

Sincerely,

*Michael T. Carey*

Michael Carey