**WE CONNECT THE DOTS**
SCIENCE. TECHNOLOGY. ENGINEERING. ARTS. MATH.

March 3, 2023

Honorable Colleen Kollar-Kotelly
United States District Judge
United States Courthouse
300 Constitution Avenue, N. W.
Washington, D.C. 20001

Dear Honorable Judge Kollar-Kotelly,

I am writing to provide a reference for Thomas Carey, whom I have had the pleasure of working with as a member of our Community Ambassador Team at We Connect The Dots, Inc. (WCTD), a non-profit organization focused on creating Science, Technology, Engineering, Digital Arts, and Math (STEAM) learning programs for middle, high school students, and disconnected youth.

Thomas has been a dedicated and enthusiastic member of WCTD's Community Ambassador Program (CAP) since August of 2013. As a CAP member, Thomas has volunteered over 100 hours per year by participating in various educational programs as a mentor, support staff, event lead, curriculum designer, and program presenter.

Throughout his nine years of volunteering with WCTD, Thomas has made a significant impact on the organization and the students we serve. He has co-designed and presented various programs, including teaching students how to design and build their own personal gaming computers, digital animation using Unity 3D, and coding websites using HTML5, CSS, and JavaScript. Additionally, Thomas has shown a willingness to go above and beyond by teaching a 14-year-old autistic student how to design video games using Unity 3D via Skype calls and developing specific curriculum tailored to their learning needs.

As of 2023 and continuing to the present, Thomas has remained an active volunteer in supporting students from low-income communities in the annual Code-A-Thon program. Additionally, he has been a guest speaker for scholarship participants who are aspiring to become software engineers.

As a CAP member, Thomas has also participated as a mentor in various programs, presenting for Discovery Day, CreatingSTEAM, CreatingIDEAS, Robotics, and Unity 3D programs. His dedication and commitment to educating and mentoring young students is admirable and serves as a testament to his character and passion for equity in education.

I highly recommend Thomas Carey as a candidate with exceptional character, dedication, and commitment to equitable education. If you require any further information, please do not hesitate to contact me.

Sincerely,

Anam Javaid
Community Ambassador Program Lead
ajavaid@we-connect-the-dots.org
We Connect The Dots, Inc.
55 Gerard Street
Unit 175
Huntington, NY 11743