**P. Brooke Dixon, Jr.**
17 Beechwood Drive
Glen Head, NY 11545
646-256-6079

March 9, 2023

Honorable Colleen Kollar-Kotelly
United States District Judge United States Courthouse
300 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Honorable Judge Kollar-Kotely,

I am writing to you on behalf of Thomas Carey and have nothing but positive things to say about him. In fact, my colleagues and family all openly refer to him as "Boy Wonder" due to his ability to build every challenging idea that I come up with.

I have had the pleasure of knowing Thomas since 2018, where he started working for the company that I co-founded, WorkRails.com as an Intern and more recently with my new company Hourly.com where he has been nothing more than incredible to work with. His personal and professional skills make very complicated work enjoyable.

Over the course of 5 years of our friendship, Thomas has shown to be one of the best people whom I have ever worked with and has been a joy to get to know both personally and professionally. It has been a pleasure watching his personal and professional growth. Gone are the days of my driving him to work on a daily basis. It is all very exciting to see the opportunities that await him.

I would be happy to discuss further should the opportunity present itself.

Sincerely,

Brooke Dixon