IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | No. 22-cr-00375-CKK |
| | : | |
| **THOMAS CAREY,** | : | |
| Defendant. | : | |

### NOTICE OF THE FILING OF WAIVER OF IN-COURT PRESENCE BY DEFENDANT THOMAS CAREY

COMES NOW, Allen H. Orenberg, counsel for the defendant, to respectfully file this Notice of the Filing of a Waiver of In-Court Presence Form by Defendant Thomas Carey.

Said Waiver by Defendant Thomas Carey is attached as an Exhibit to this Notice.

                                                Respectfully Submitted,

                                                _____
                                                Allen H. Orenberg, # 395519
                                                The Orenberg Law Firm, P.C.
                                                12505 Park Potomac Avenue, 6th Floor
                                                Potomac, Maryland 20854
                                                Tel. No. 301-984-8005
                                                Cell Phone No. 301-807-3847
                                                Fax No. 301-984-8008
                                                aorenberg@orenberglaw.com

Dated: June 5, 2023