IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA, | : | |
| --- | --- | --- |
| | : | |
| v. | : | No. 22-cr-00375-CKK |
| | : | |
| THOMAS CAREY, | : | |
|     Defendant. | : | |

**DEFENDANT'S WAIVER OF IN-COURT PRESENCE**

Comes Now the defendant, Thomas Carey, who notifies the Court he knowingly and voluntarily waives his presence for all in-court proceedings, including his sentencing hearing scheduled for June 6, 2023, and he consents to court proceedings by virtual technology, unless otherwise directed by the Court.

Date: 6/5/2023_____       *Thomas Carey*_____
                                                             Defendant Thomas Carey


Date:_____       _____
                                         Allen H. Orenberg, # 395519
                                         The Orenberg Law Firm, P.C.
                                         12505 Park Potomac Avenue, 6th Floor
                                         Potomac, Maryland 20854
                                         Tel. No. 301-984-8005
                                         Cell Phone No. 301-807-3847
                                         Fax No. 301-984-8008
                                         aorenberg@orenberglaw.com
                                         Counsel for Thomas Carey

1